IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY MASA,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY,<br><br>          Defendant. | Civil Action<br>No. 16-7345 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Jeffrey Masa seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

　　Plaintiff did not submit a complete application as plaintiff indicated he is employed but did not include the gross *monthly* wage as well as *monthly* expenditures. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

　　An appropriate order follows.

**December 27, 2016**　　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge